FILED
January 08, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | Case No: EP:25-CR-00069-KC |
|---|---|---|
| Plaintiff, | § § § | **S E A L E D** **I N D I C T M E N T** |
| v. | § § | **CTS 1:** 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance; |
| JOSE ARMANDO VEGA Defendant. | § § § | . |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

That on or about April 27, 2023, in the Western District of Texas, Defendant,

**JOSE ARMANDO VEGA**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

A TRUE BILL.



FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney